**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Krishan Ishwar,<br>Petitioner,<br>v.<br>Eric Rokosky, et al.,<br>Respondents. | No. CV-26-05927-PHX-MJM<br><br>**ORDER** |

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 4.) On August 28, 2026, Respondents filed a Motion to Dismiss Due to Mootness indicating Petitioner was released on August 25, 2026. (Doc. 7.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore grant the Motion and dismiss this action as moot.

**IT IS THEREFORE ORDERED granting** the Motion to Dismiss Due to Mootness (Doc. 7.) Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

///
///
///
///

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

IT IS SO ORDERED.

DATED this 4th day of September, 2026.

Michael J. McShane
United States District Judge